In the Matter of JAMES T. ROMANO, an Alleged Incapacitated Person. LISA M. ROMANO, Respondent; ESTATE OF JAMES T. ROMANO, Deceased, Appellant. (Appeal No. 2.) [813 NYS2d 332]—Appeal from an order of the Supreme Court, Chautauqua County (Frederick J. Marshall, J.), entered July 18, 2005. The order, insofar as appealed from, denied that part of the motion of respondent to settle the judgment and order entered January 14, 2005.

Now, upon reading and filing the stipulation of withdrawal and discontinuance of appeal signed by the attorneys for the parties on March 3, 2006,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Martoche and Hayes, JJ.

 KULATHUR S. RAJASETHUPATHY, Appellant-Respondent, v GRAY, FELDMAN & ROSENBAUM, LLP, et al., Respondents-Appellants, and MICHAEL ROSENHOUSE, Respondent. [813 NYS2d 690]—Appeal and cross appeal from an order of the Supreme Court, Monroe County (Robert J. Lunn, J.), entered March 30, 2005 in a legal malpractice action. The order granted the motion of defendant Michael Rosenhouse for summary judgment dismissing the complaint against him and granted plaintiff's cross motion for partial summary judgment against defendant Roberta Feldman, Esq., individually, on the issue of negligence and otherwise denied plaintiff's cross motion.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Martoche and Hayes, JJ.

 DENNY RHODES, Appellant, v TOWN OF ALEXANDER et al., Respondents. [813 NYS2d 332]—Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), dated April 29, 2005. The order granted defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Martoche and Hayes, JJ.